AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:25-mj-730-BNW |
| | ) | |
| JESUS APOSTOL PERALTA-PERDOMO | ) | Charging District:   Western District of Texas |
| *Defendant* | ) | Charging District's Case No.   EP-25-MJ-2418-LE |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Texas Western District Court<br>Albert Armendariz, Sr., U.S. Courthouse<br>525 Magoffin Avenue, Room 105<br>El Paso, TX 79901 | Courtroom No.: TBD |
| --- | --- | --- |
| | | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   October 15, 2025

*Judge's signature*

BRENDA WEKSLER, United States Magistrate Judge
*Printed name and title*

```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              OCT 1 5 2025

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```